UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN,
MILWAUKEE DIVISION

| | |
|---|---|
| STACEY L. FUCHS, | ) |
|     Plaintiff, | ) Case No: 2:20-cv-00419-PP |
| v. | ) Chief Judge Pamela Pepper |
| EXPERIAN INFORMATION SOLUTIONS, INC. | ) |
|     Defendant. | ) |

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF
AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

PLEASE TAKE NOTICE that all matters herein have been compromised and settled, in principle, as between Plaintiff Stacey L. Fuchs ("Plaintiff") and Defendant, Experian Information Solutions, Inc. Plaintiff and Experian anticipate filing a Stipulation Of Dismissal With Prejudice as to Experian and Proposed Order shortly, once the settlement is finalized in writing, and consummated. The parties request that any deadlines be suspended pending the filing of the Stipulation of Dismissal.

Respectfully submitted,

Date: June 25, 2020

/s/    James M. Smith

Richard Joseph Doherty, Esq.
James Michael Smith, Esq.
9501 W. 144th Place, Suite 101
Orland Park, IL 60462
Telephone: (866) 825-6787
RDoherty@Dohertysmith.com
JSmith@Dohertysmith.com

*/s/     Michelle L. Dama (with consent)*

Michelle L. Dama, SBN 1041809
1 South Pinckney Street, Suite 700
Madison, Wisconsin 53703
Telephone: (608) 257-3501
Facsimile: (608) 283-2275
Email: mldama@michaelbest.com

Marie G. Bahoora, SBN 1092689
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, Wisconsin 53202
Telephone: (414) 271-6560
Facsimile: (414) 277-0656
Email: mgbahoora@michaelbest.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **25th day of June, 2020.** Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Richard J. Doherty, Esq.<br>rdoherty@dohertysmith.com | James M. Smith, Esq.<br>smith@dohertysmith.com |
|---|---|
| Michelle L. Dama, Esq.<br>mldama@michaelbest.com | Marie G. Bahoora, Esq.<br>mgbahoora@michaelbest.com |

 The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **25th day of June, 2019** properly addressed as follows:

| None. | |
|---|---|

2

Case 2:20-cv-00419-PP   Filed 06/25/20   Page 2 of 2   Document 21