UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN,
MILWAUKEE DIVISION

| | |
|---|---|
| STACEY L. FUCHS, | ) |
| Plaintiff, | ) Case No: 2:20-cv-00419-PP |
| v. | ) Chief Judge Pamela Pepper |
| EQUIFAX INFORMATION SERVICES LLC, and EXPERIAN INFORMATION SOLUTIONS, INC. | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SOLUTIONS, INC. ONLY**

Plaintiff Stacey L. Fuchs ("Plaintiff"), by counsel, and Defendant Equifax Information Services LLC ("Equifax"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Equifax only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: July 6, 2020

/s/     James M. Smith
Richard Joseph Doherty
James Michael Smith
Doherty Smith, LLC
9501 W. 144th Place, Suite 101
Orland Park, IL 60462
Telephone:  (866) 825-6787
E-Mail: RDoherty@Dohertysmith.com
            JSmith@Dohertysmith.com

POLSINELLI PC

 /s/ Rebecca M. Lindstrom (with consent)
Rebecca M. Lindstrom (WI Bar No.: 1084763)
Claire Brennan

150 North Riverside Plaza, Suite 3000
Chicago, IL 60606
Tel. (312) 819-1900
Fax (312) 819-1910
rlindstrom@polsinelli.com

*ATTORNEYS FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **6th day of July 2020**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Richard J. Doherty, Esq.<br>rdoherty@dohertysmith.com | James M. Smith, Esq.<br>smith@dohertysmith.com |
| Claire Brennan, Esq.<br>pcorsale@polsinelli.com | Rebecca M. Lindstrom, Esq.<br>pcorsale@polsinelli.com |
| Michelle L. Dama, Esq.<br>mldama@michaelbest.com | Marie G. Bahoora, Esq.<br>mgbahoora@michaelbest.com |

The undersigned further certifies that he did not serve the parties via First Class, U.S. Mail

/s/James M. Smith
*Counsel for Plaintiff*

2