# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN,
# MILWAUKEE DIVISION

| | |
|---|---|
| STACEY L. FUCHS, | ) |
| Plaintiff, | ) Case No: 2:20-cv-00419-PP |
| v. | ) Chief Judge Pamela Pepper |
| EQUIFAX INFORMATION SERVICES LLC, and EXPERIAN INFORMATION SOLUTIONS, INC. | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY

Plaintiff Stacey L. Fuchs ("Plaintiff"), by counsel, and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Experian only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: August 14, 2020

/s/     James M. Smith
Richard Joseph Doherty
James Michael Smith
Doherty Smith, LLC
9501 W. 144th Place, Suite 101
Orland Park, IL 60462
Telephone: (866) 825-6787
E-Mail: RDoherty@Dohertysmith.com
          JSmith@Dohertysmith.com

MICHAEL BEST & FRIEDRICH LLP

/s/ Marie G. Bahoora (with consent)
Michelle L. Dama, SBN 1041809
1 South Pinckney Street, Suite 700

Madison, Wisconsin 53703
Telephone: (608) 257-3501
Email: mldama@michaelbest.com

Marie G. Bahoora, SBN 1092689
100 E. Wisconsin Avenue, Suite 3300
Milwaukee, Wisconsin 53202
Telephone: (414) 271-6560
Email: mgbahoora@michaelbest.com

*ATTORNEYS FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **14th day of August 2020**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Richard J. Doherty, Esq.<br>rdoherty@dohertysmith.com | James M. Smith, Esq.<br>smith@dohertysmith.com |
| Claire Brennan, Esq.<br>pcorsale@polsinelli.com | Rebecca M. Lindstrom, Esq.<br>pcorsale@polsinelli.com |
| Michelle L. Dama, Esq.<br>mldama@michaelbest.com | Marie G. Bahoora, Esq.<br>mgbahoora@michaelbest.com |

The undersigned further certifies that he did not serve the parties via First Class, U.S. Mail

/s/James M. Smith
*Counsel for Plaintiff*