UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STACEY L. FUCHS,

    Plaintiff,

v.

    Case No. 20-cv-419-pp

EQUIFAX INFORMATION SERVICES, LLC.,

    Defendant.

---

### ORDER DISMISSING CASE

---

The parties have filed a Stipulation of Dismissal With Prejudice. Dkt. No. 23. The court **APPROVES** the stipulation and **ORDERS** that all claims of the plaintiff against defendant Equifax Information Services LLC are **DISMISSED with prejudice**. Each party will bear its own costs and attorneys' fees.

Dated in Milwaukee, Wisconsin this 18th day of August, 2020.

    **BY THE COURT:**

    _____
    **HON. PAMELA PEPPER**
    **Chief United States District Judge**