UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STACEY L. FUCHS,

    Plaintiff,

v.

                                     Case No. 20-cv-419-pp

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

---

## ORDER DISMISSING CASE

---

The parties have filed a Stipulation of Dismissal With Prejudice. Dkt. No. 25. The court **APPROVES** the stipulation and **ORDERS** that all claims of the plaintiff against defendant Experian Information Solutions, Inc. are **DISMISSED with prejudice**. Each party will bear its own costs and attorneys' fees.

Dated in Milwaukee, Wisconsin this 18th day of August, 2020.

                                                               **BY THE COURT:**

                                                                _____
                                                                 **HON. PAMELA PEPPER**
                                                                  **Chief United States District Judge**