UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STACY L. FUCHS,

    Plaintiff,

v.

TOTAL SYSTEM SERVICES LLC,
EQUIFAX INFORMATION SERVICES LLC,
and EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 20-cv-419-pp

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint against defendant Total System Services LLC is **DISMISSED** under Civil Local Rule 41(c) (E.D. Wis.) for the plaintiff's failure to diligently prosecute the case. The remaining defendants were previously dismissed.

    **THE COURT ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**.

    Approved and dated in Milwaukee, Wisconsin this 23rd day of September, 2021.

                                        **BY THE COURT:**

                                        **HON. PAMELA PEPPER**
                                        **Chief United States District Judge**

                                        GINA M. COLLETTI
                                        Clerk of Court

                                        s/ *Cary Biskupic*
                                        (by) Deputy Clerk